IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*ex rel.* JANE DOE, M.D.,<br><br>    Plaintiff,<br><br>v.<br><br>AIKEN COUNSELING GROUP LLC, and<br>ALPHA GENOMIX LABORATORIES,<br>INC., LAIN BRADFORD AND ROBERT<br>BRADFORD,<br><br>    Defendants. | C.A. No. 1:17-CV-01596-JMC |

## ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure Relator Holly Clark, M.D. filed a Notice of Voluntary Dismissal. Having received the United States' Notice of Consent to dismissal, pursuant to 31 U.S.C. § 3730(b)(1)

**IT IS HEREBY ORDERED** that:

    a. The claims against Defendant Alpha Genomix Laboratories by the Relator are dismissed with prejudice;

    b. The claims against Defendants Lain Bradford and Robert Bradford are dismissed without prejudice as to the United States and as to Relator;

    c. The claims against Defendant Alpha Genomix Laboratories described as Covered Conduct, pursuant to and consistent with the terms and conditions of the settlement agreement are dismissed with prejudice as to the United States; and

d. The seal shall be lifted as to all filings occurring in this action, with the exception of ECFs 6, 15, 19, 26, 30, 33, 36, 39, and 42.

**IT IS SO ORDERED**.

This 16th day, September 2021

*J. Michelle Childs*
_____
J. Michelle Childs
United States District Judge